UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LAKEDA MCLEMORE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 3:23-cv-416 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| ZODER'S COURT, INC. d/b/a ZODER'S ) | Magistrate Judge McCook |
| INN AND SUITES, ) | |
| ) | |
| *Defendant.* ) | |

## JUDGMENT ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, it is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED**. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT